UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIE TERMEL JONES,

    Plaintiff,

v.                                         Case No. 8:22-cv-172-WFJ-AEP

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Complaint (Dkt. 1), seeking judicial review of the Commissioner of the Social Security Administration's ("Commissioner") decision denying Supplemental Social Security disability income benefits.  United States Magistrate Judge Porcelli issued a report recommending that the decision of the Commissioner be reversed, and the matter remanded for further proceedings (Dkt. 14).  No objections have been filed and the time for doing so has passed.

After a *de novo* review of the record, the Court agrees with the analysis of the magistrate judge and orders as follows:

    1.    The Report and Recommendation (Dkt. 14) is adopted and confirmed in all respects and made a part of this Order.

2. The Commissioner's decision is reversed, and this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings in accordance with the Report and Recommendation and this Order.

3. The Clerk is directed to enter final judgment for Plaintiff and to close the case.

**DONE AND ORDERED** at Tampa, Florida, on March 13, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of record